UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 15-CR-20339-GAYLES

UNITED STATES OF AMERICA
vs.
MATTHEW PISONI,
        Defendant.
_____/

## RESPONSE TO MOTION TO TRAVEL

The United States of America, through the undersigned Assistant United States Attorney, respectfully submits this Response to Defendant Matthew Pisoni's Motion to Travel to Hawaii (DE 37) and this Court's Order requiring a Response (DE 38). Under other circumstances, the Government would oppose a request by a defendant who is accused of fraud to spend any money on travel for an exotic vacation. However, in this case the Defendant represents to this Court that the travel was pre-paid and the Defendant will be staying with a relative. Because cancelling the trip will not result in significant savings to victims and because the trip is for family purposes, the government does not oppose the request.

                                        Respectfully submitted,

                                        WIFREDO A. FERRER
                                        UNITED STATES ATTORNEY

            By:        /s H. Ron Davidson
                     Assistant United States Attorney
                     99 Northeast Fourth Street
                     Miami, Florida  33132

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I electronically filed the foregoing document with the Clerk of the Court using CM/ECF on June 18, 2015.

                                        S/ H. Ron Davidson
                                        Assistant United States Attorney