UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 15-CR-20339/GAYLES/O'SULLIVAN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MATTHEW PISONI,

    Defendant.
_____/

**AMENDED**

### UNOPPOSED MOTION TO TRAVEL TO NEW YORK

COMES NOW the Defendant, MATTHEW PISONI, by and through his undersigned counsel, and respectfully moves this Honorable Court to permit him to travel outside of the State of Florida, and would show for cause as follows:

1. That the Defendant is requesting permission to travel by plane to New York, New York with his seven month pregnant wife and their infant daughter, from April 21 to April 24, 2016;

2. The purpose of this trip is for Defendant's wife to meet with Hay House, her publisher. Mrs. Pisoni also has a pre-recording radio broadcast "Angel Quest with Karen Noe" for her radio program;

3. That Assistant United States Attorney H. Ron Davidson was contacted and he advised that he <u>does not object</u> to the Defendant's request;

4 The Defendant's Pretrial Officer, Yolanda Lafrance was contacted and she advised that she <u>does not object</u> to the Defendant's request;



3. While in New York, the Defendant and his family will be staying at his sister in-law's Apartment at 254 Park Avenue South, Apt. 1P, New York, New York 10010;

4. The Defendant's itinerary is as follows:

    a. Departing Fort Lauderdale Airport on Thursday, April 21, 2016 on Delta Airlines Flight No. 1850, which leaves at 11:00 a.m. and arrives at LaGuardia Airport at 2:05 p.m.;

    b. Departing LaGuardia Airport on Sunday, April 24, 2016 on Delta Airlines Flight No. 2600, which leaves New York at 1:35 p.m. and arrives at Fort Lauderdale Airport at 4:40 p.m.;

5. Other grounds to be argued ore tenus, if necessary.

WHEREFORE, the Defendant respectfully urges the relief requested.

**I HEREBY CERTIFY** that on this **12th** day of **April, 2016**, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties, either via transmission of Notice of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

Respectfully submitted,

BOGENSCHUTZ, DUTKO & KROLL, P.A.
Attorneys for Defendant
600 S. Andrews Avenue, Suite 500
Fort Lauderdale, FL 33301
Phone: (954) 764-2500
Facsimile: (954) 764-5040
e-mail: jdblaw0515@aol.com

/ s /   J. DAVID BOGENSCHUTZ

BY: _____
J. DAVID BOGENSCHUTZ
Florida Bar # 131174

LAW OFFICES OF BOGENSCHUTZ, DUTKO & KROLL, P.A.
600 S. ANDREWS AVE., SUITE 500 • FT. LAUDERDALE, FL 33301 • TEL.: (954) 764-2500 • FAX: (954) 764-5040 • WEBSITE: WWW.BDKPA.COM

