UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 15-20339-CR-GAYLES

UNITED STATES OF AMERICA,

vs.

MATTHEW PISONI,
MARCUS PRADEL, and
VICTOR RAMIREZ,
         Defendants.
_____/

## SPECIAL VERDICT FOR FORFEITURE

(Please circle either YES or NO as to each statement below)

WE, THE JURY, find unanimously, by a preponderance of the evidence, and return the following special verdict as to the Forfeiture Allegations of the Indictment and Bill of Particulars in the above-referenced matter:

1. $2,845.34 (US) in checking account number 004964632633 held at Bank of America

YES   NO   (A) constitutes, or is derived from, proceeds obtained from the conspiracy to commit mail fraud, or mail fraud, for which, WE, THE JURY, found the defendants guilty.

YES   NO   (B) was involved in, or traceable to, the conspiracy to commit money laundering, or money laundering, for which, WE, THE JURY, found the defendants guilty.

2. $174,104.40 (US) in money market savings account number 004968452385 held at Bank of America

YES   NO   (A) constitutes, or is derived from, proceeds obtained from the conspiracy to commit mail fraud, or mail fraud, for which, WE, THE JURY, found the defendants guilty.

YES   NO   (B) was involved in, or traceable to, the conspiracy to commit money laundering, or money laundering, for which, WE, THE JURY, found the defendants guilty.

3. One 2010 Redbird Flight Simulator located at the Palm Beach County Park/Lantana Airport, 2633 Lantana Road, Lantana, FL owned in the name of MARCUS PRADEL

YES    NO         (A)  constitutes, or is derived from, proceeds obtained from the conspiracy to commit mail fraud, or mail fraud, for which, WE, THE JURY, found the defendants guilty.

YES    NO         (B)  was involved in, or traceable to, the conspiracy to commit money laundering, or money laundering, for which, WE, THE JURY, found the defendants guilty.

4. One parcel of real property located at 2430 Castilla Isle, Fort Lauderdale, Broward County, FL, held in the name of MATTHEW PISONI, including the appurtenances thereto and the improvements thereon,

YES    NO         (A)  constitutes, or is derived from, proceeds obtained from the conspiracy to commit mail fraud, or mail fraud, for which, WE, THE JURY, found the defendants guilty.

YES    NO         (B)  was involved in, or traceable to, the conspiracy to commit money laundering, or money laundering, for which, WE, THE JURY, found the defendants guilty.

5. All funds in Suntrust Bank Investment Accounts G1F-155810, G1F-155829, G1F-156264, G1F-156272, G1F-164097, and G1F-156345 all held in the name of MATTHEW PISONI,

YES    NO         (A)  constitutes, or is derived from, proceeds obtained from the conspiracy to commit mail fraud, or mail fraud, for which, WE, THE JURY, found the defendants guilty.

YES    NO         (B)  was involved in, or traceable to, the conspiracy to commit money laundering, or money laundering, for which, WE, THE JURY, found the defendants guilty.

6. One 1997 Cessna Model 172R airplane, tail number N782WW, serial number 17280295, and the flight log book pertaining thereto,

YES    NO         (A)  constitutes, or is derived from, proceeds obtained from the conspiracy to commit mail fraud, or mail fraud, for which, WE, THE JURY, found the defendants guilty.

YES    NO         (B)  was involved in, or traceable to, the conspiracy to commit money laundering, or money laundering, for which, WE, THE JURY, found the defendants guilty.

7. One Beechcraft B-60 airplane, tail number N422SB, serial number P-479, and the flight log book pertaining thereto,

YES    NO    (A) constitutes, or is derived from, proceeds obtained from the conspiracy to commit mail fraud, or mail fraud, for which, WE, THE JURY, found the defendants guilty.

YES    NO    (B) was involved in, or traceable to, the conspiracy to commit money laundering, or money laundering, for which, WE, THE JURY, found the defendants guilty.

SO SAY WE ALL.

_____    _____
Foreperson                                  Date