UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 15-CR-20339-GAYLES

UNITED STATES OF AMERICA,

v.

MATTHEW PISONI,

    Defendant,
_____/

and

BANK OF NEW YORK MELLON
    Claimant/Petitioner
_____/

### MOTION TO APPROVE STIPULATION TO SELL REAL PROPERTY: 2430 CASTILLA ISLE, FORT LAUDERDALE, FL 33301-1543

Plaintiff United States of America ("United States") files this motion requesting that the Court approve the Stipulation to Sell Real Property ("Stipulation"): 2430 Castilla Isle, Fort Lauderdale, Florida 330301 ("the Property") between the United States, the Defendant, Matthew Pisoni and the Petitioner Bank of New York Mellon ("Petitioner").  In support of its motion, the Government submits:

1. On November 14, 2017, the Court entered a Forfeiture Money Judgment and Preliminary Order of Forfeiture of Substitute Assets forfeiting, among other assets, the Property. ECF No. 432.

2. In accordance with 21 U.S.C. § 853(n) and Rule 32.2(b)(6) of the Federal Rules of Criminal Procedure, the United States published notice of the forfeiture of the Property and sent direct notice to potential claimants, including to Petitioner.

3. On June 6, 2018, the Petitioner filed a verified petition and claim to adjudicate its superior interest in the Property, seeking recovery of the unpaid principal, interest and reasonable costs due Mortgagee pursuant to the terms of the note and mortgage executed by Matthew Pisoni on June 2, 2005.  ECF No. 564.

4. The United States, the Defendant, Matthew Pisoni, and the Petitioner have entered into a Stipulation to sell the property and place the net proceeds from the sale in the Court's Registry pending further order of the Court presiding over this matter in the United States District Court for the Southern District of Florida.  *See* Stipulation, attached hereto as Exhibit 1.  The terms of the Stipulation are subject to approval of the Court.

5. Accordingly, the United States now files this motion respectfully requesting that the Court approve the terms of the Stipulation.

WHEREFORE, the United States requests that this Court grant this motion, retain jurisdiction over this matter, and for such other relief as the Court deems just and proper. A proposed order is attached.

Respectfully submitted,

JUAN ANTONIO GONZALEZ
ACTING UNITED STATES ATTORNEY

By:   */s Danielle Croke*
Danielle Croke
Assistant United States Attorney
Florida Bar No. 0723258
E-mail: Danielle.croke@usdoj.gov
U.S. Attorney's Office
500 S. Australian Avenue, 4th Floor
West Palm Beach, Florida 33401
Telephone: (561) 209-1035
Facsimile: (561) 655-9785