**UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT**

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

FILED BY K.P. D.C.

Aug 5, 2021

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - Miami

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

August 05, 2021

Clerk - Southern District of Florida
U.S. District Court
400 N MIAMI AVE
MIAMI, FL 33128-1810

Appeal Number: 17-15545-CC
Case Style: USA v. Marcus Pradel, et al
District Court Docket No: 1:15-cr-20339-DPG-2

The enclosed copy of this Court's order of remand is issued as the mandate of this Court. Counsel and parties are advised that with this order of remand this appeal is concluded. If further review is to be sought in the future a timely new notice of appeal must be filed.

Sincerely,

DAVID J. SMITH, Clerk of Court

Reply to: Carol R. Lewis, CC/lt
Phone #: (404) 335-6179

Enclosure(s)

DIS-4 Multi-purpose dismissal letter

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 17-15545-CC

_____

UNITED STATES OF AMERICA,

                                                                 Plaintiff-Appellee,

versus

MATTHEW PISONI,
MARCUS PRADEL,
VICTOR RAMIREZ,

                                                                 Defendants-Appellants.

_____

Appeal from the United States District Court
for the Southern District of Florida

_____

Before: JORDAN, NEWSOM, and BRASHER, Circuit Judges.

BY THE COURT:

    Appellant's unopposed "Motion to Relinquish Jurisdiction" is GRANTED.  This Court hereby REMANDS this matter in full to the district court.  *See* 11th Cir. R. 12.1-1(c).

    The Clerk is directed to close the file on this appeal.