UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 15-20339-CR-GAYLES/McAliley

UNITED STATES OF AMERICA

v.

MATTHEW PISONI et al.
_____/

## ORDER

**THIS CAUSE** came before the Court on the Government's Unopposed Third Supplemental Motion for In Camera Review of Select OPR Record and Authorization to Disclose Portions of the Select OPR Record Pursuant to the Privacy Act [ECF No. 763], and the Court being fully advised in the premises, it is:

**ORDERED AND ADJUDGED** that the Government is hereby **AUTHORIZED** and **DIRECTED** to submit to the Court, *ex parte* and *in camera*, a copy of the Davidson transcript as described by the Government's motion with the Government's proposed redactions highlighted on that copy. This highlighted copy of the Davidson transcript shall be provided to the Court no later than July 22, 2022, via email to the following email address: gayles@flsd.uscourts.gov.

**DONE and ORDERED** in chambers in Miami, Florida this 18th day of July, 2022.

DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE

cc: All counsel of record