UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 15-20339-CR-GAYLES

UNITED STATES OF AMERICA

v.

MATTHEW PISONI,
MARCUS PRADEL,
VICTOR RAMIREZ,

Defendants.
_____/

## ORDER CONTINUING TRIAL

**THIS CAUSE** came before the Court for a Status Conference on April 19, 2023. For the reasons stated on the record the trial is hereby continued, it is

**ORDERED AND ADJUDGED** that the interests of justice served by a continuance outweigh the interests of the public and the Defendant to a speedy trial. As a result, the period of delay resulting from this continuance — *i.e.*, from the date the Status Conference held, April 19, 2023, respectively, to and including the date trial commences — is excludable time under the Speedy Trial Act. *See* 18 U.S.C. § 3161(h)(7).

**THE ABOVE CAUSE** is hereby **Specially set** for **Jury Trial** before the Honorable Darrin P. Gayles, United States District Judge, at **400 North Miami Avenue, Courtroom 11-1, Miami, Florida,** during the two-week trial period that begins **January 22, 2024.** A calendar call will be held on **Wednesday, January 10, 2024, at 9:30 a.m. Defendants are not required to appear for Calendar Call.** Counsel may appear via telephone at Calendar Call. Counsel shall enter their appearances telephonically using the following dial-in information: Dial-in Number **888-273-**

**3658**; Access Code **7032614**; Security Code **5170**. Please dial in at least ten minutes before the Telephonic Calendar Call begins.

    **DONE AND ORDERED** in Chambers at Miami, Florida, on May 3, 2023.

                                                **DARRIN P. GAYLES**
                                                **UNITED STATES DISTRICT JUDGE**

cc:    counsel of record