UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-20339-CR-DPG

UNITED STATES OF AMERICA

v.

MATTHEW PISONI and
VICTOR RAMIREZ,

       Defendants.

## ORDER OF RESTITUTION

**THIS MATTER** is before the Court upon the Joint Request to Enter Restitution Order [ECF No. 837] (the "Request") filed by the United States of America and Defendants Matthew Pisoni and Victor Ramirez. The Court has considered the joint Request and finds as follows:

The parties have stipulated that $1,170 (one thousand, one-hundred, and seventy dollars) is the appropriate restitution figure in this case.

Accordingly, based on the foregoing, the evidence in the record, and for good cause shown, the Request is **GRANTED**, and it is hereby **ORDERED** that an order of restitution in the amount of $1,170.00 is entered against the Defendants, to be paid joint and severally.

**DONE AND ORDERED** in Miami, Florida, this 23rd of May 2024.

_____
DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE